# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MAUTONE, ANTHONY R. | U.S. DISTRICT - NEW JERSEY | 08/06/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. MAGISTRATE JUDGE / PART-TIME | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

80 BLOOMFIELD AVENUE
CALDWELL, NEW JERSEY 07006-5343

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. SHAREHOLDER | MAUTONE & HORAN P.A. |
| 2. MEMBER | TRIPLE MINGA LLC |
| 3. MEMBER | HUDSON PALISADES, LLC |
| 4. MEMBER | 152 ADAMS STREET LLC |
| 5. SHAREHOLDER | OTODYNE, INC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 09/30/68 | PARTICIPANT IN NJ DIV. OF PENSIONS (PUBLIC EMPLOYEES RETIREMENT SYSTEM) NO CONTROL |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MAUTONE, ANTHONY R.** | 08/06/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | MAUTONE & HORAN, P.A. (WAGES & DISTRIBUTIONS) | $0.00 |
| 2. | 2019 | NJ DIVISION OF PENSIONS | $17,034.00 |
| 3. | 2019 | METROPOLITAN LIFE - IRA | $58,808.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | ARCHDIOCESE OF NEWARK (IRA) |
| 2. | 2019 | METROPOLITAN LIFE (IRA) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAUTONE, ANTHONY R. | 08/06/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAUTONE, ANTHONY R. | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | PSE&G | E | Dividend | P1 | T | | | | | |
| 2. | FIRST ENERGY | C | Dividend | M | T | | | | | |
| 3. | CMS ENERGY | D | Dividend | N | T | | | | | |
| 4. | PACIFIC GAS & ELECTRIC | | None | J | T | | | | | |
| 5. | VALLEY NATIONAL BANK | C | Interest | M | T | | | | | |
| 6. | RENTAL PROPERTY WEST ORANGE NJ-COST 485,000-1984 | | None | | | Sold | 06/06/19 | O | | 500 PROSPECT AVENUE, LLC |
| 7. | R.E. - NEWTON, NJ COST 255,000 - 1988 | E | Rent | N | R | | | | | |
| 8. | TRIPLE MINGA (REAL EST. VENTURE) COST 83,000 | E | Distribution | O | W | | | | | |
| 9. | R.E. HOBOKEN, NJ COST 350,000 - 1991 | G | Rent | N | R | | | | | |
| 10. | R.E. - FARM W. MILFORD, NJ COST 355,000 - 1989 | A | Distribution | L | R | | | | | |
| 11. | R.E. - 152 ADAMS, NEWARK, NJ COST 200,000 | E | Rent | M | R | | | | | |
| 12. | CITIGROUP | C | Dividend | M | T | | | | | |
| 13. | METLIFE INS CO | A | Dividend | J | T | | | | | |
| 14. | TRAVELERS/ST PAUL | A | Dividend | K | T | | | | | |
| 15. | DOMINION RESOURCES | D | Dividend | N | T | | | | | |
| 16. | SCHWAB - LIGHTHOUSE FAST FERRY | | None | J | T | | | | | |
| 17. | INVESTORS BANK CORP | E | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MAUTONE, ANTHONY R.** | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PROVIDENT BANK | A | Interest | J | T | | | | | |
| 19. KEARNY FINANCIAL CORP | C | Dividend | M | T | | | | | |
| 20. AMERICAN ELECTRIC POWER | B | Dividend | L | T | | | | | |
| 21. DUKE ENERGY | D | Dividend | J | T | | | | | |
| 22. HUDSON PALISADES, LLC (REAL EST. VENTURE) COST 115,500. 2007 | | None | | | Sold | 06/13/19 | N | | |
| 23. ARM (IRA ROLLOVER) ALLIANCE BERNSTEIN GLOBAL | E | Dividend | M | T | Sold (part) | 12/01/19 | K | A | |
| 24. ARM (IRA ROLLOVER) METLIFE BALANCED | E | Dividend | M | T | Sold (part) | 12/01/19 | K | A | |
| 25. ARM (IRA ROLLOVER) JP MORGAN GLOBAL | E | Dividend | M | T | Sold (part) | 12/01/19 | K | A | |
| 26. ARM (IRA ROLLOVER) METLIFE MULTI-INDEX TARGETED RISK | E | Dividend | M | T | Sold (part) | 12/01/19 | K | A | |
| 27. ENBRIDGE | D | Dividend | N | T | | | | | |
| 28. OTODYNE, INC | | None | J | T | | | | | |
| 29. NOKIA | A | Dividend | K | T | | | | | |
| 30. HSBC | D | Interest | J | T | | | | | |
| 31. CHARLES SCHWAB | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **MAUTONE, ANTHONY R.** | 08/06/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III, Letter A, Line 3 "Metropolitan Life- IRA $"58,808" reflects the the required minimum distribitions provided by the IRA funds listed in Part VII, Lines 24,25,26 & 27.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ANTHONY R. MAUTONE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544